United States District Court

Eastern District of California

Fred Leon Jackson, Jr.,

        Plaintiff,                    No. Civ. S 05-0800 LKK PAN P

   vs.                              Order

Teresa A. Schwartz, et al.,

        Defendants.

-oOo-

    Plaintiff is a state prisoner without counsel prosecuting a civil rights action.  He seeks leave to proceed in forma pauperis.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    Plaintiff has submitted an application to proceed in forma pauperis and an uncertified trust account statement for the four-month period from January to April 2005.  Under the circumstances of this case, the complaint should be served but plaintiff must

perfect his in forma pauperis application pursuant to 28 U.S.C. § 1915(a)(2).

I have reviewed plaintiff's complaint pursuant to 28 U.S.C. § 1915A and find it states cognizable claims for relief against all defendants.

Accordingly, the court hereby orders that:

1.  Plaintiff has 15 days from the date this order is signed either to submit a certified copy of his trust account statement reflecting activity for the six months immediately preceding the submitting of his complaint or to identify the individuals who refuse to provide the certification.

2.  The pleading states cognizable claims against defendants Moreno, Khoury, Bick, Nakamoto, Piazza, Veal and Schwartz.

3.  With this order the Clerk of the Court shall provide to plaintiff a blank summons, a copy of the pleading filed April 22, 2005, and the motion for a preliminary injunction and temporary restraining order filed May 16, 2005, seven USM-285 forms and instructions for service of process on defendants Moreno, Khoury, Bick, Nakamoto, Piazza, Veal and Schwartz.

4.  Within 30 days of service of this order plaintiff shall return the attached Notice of Submission of Documents with the completed summons, the completed USM-285 forms, and eight copies of the April 22, 2005, complaint and the May 16, 2005, motion for a temporary restraining order and preliminary injunction.

5.  Upon receipt of the necessary materials, the court will transmit them to the United States Marshal to serve defendants

Moreno, Khoury, Bick, Nakamoto, Piazza, Veal and Schwartz pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated: May 19, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

United States District Court

Eastern District of California

Fred Leon Jackson, Jr.,

     Plaintiff,          No. Civ. S 05-0800 LKK PAN P

  vs.                   Notice of Submission of Documents

Teresa Schwartz, et al.,

     Defendants.

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __7__    completed forms USM-285

    __8__    copies of the <u>April 22, 2005 & May 16, 2005</u>
                              Complaint & Motion

Dated: _____

                                 _____
                                 Plaintiff