United States District Court

Eastern District of California

Fred Leon Jackson, Jr.,

        Plaintiff,                      No. Civ. S 05-0800 LKK PAN P

  vs.                                Order

Teresa A. Schwartz, et al.,

        Defendants.

                            -oOo-

    Plaintiff is a prisoner, without counsel, prosecuting this civil rights action in forma pauperis.  November 30, 2005, the court allowed plaintiff 15 days to submit materials necessary for service of process upon defendants.  December 12, 2005, plaintiff filed a request for an order directing the warden to ensure compliance with the November 30, 2005, order.

    Plaintiff alleges that December 6, 2005, plaintiff requested defendant Powell, who works in the law library, copy plaintiff's pleading and motion pursuant to the November 30 order.  December

7, 2005, plaintiff was placed in administrative segregation and he asserts he cannot from there comply with the November 30 order.

Plaintiff has 15 days from the date this order is signed to explain in writing why he cannot comply with the November 30, 2005, order while he is in administrative segregation. Otherwise I will recommend this action be dismissed for plaintiff's failure to prosecute.

So ordered.

Dated: January 5, 2006.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge