IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON, Jr.,

    Plaintiff,                    No. CIV S-05-0800 LKK PAN P

    vs.

TERESA A. SCHWARTZ, et al.,

    Defendants.              ORDER

_____/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. On February 24, 2006, the court dismissed plaintiff's complaint with leave to amend and informed plaintiff that claims involving events, transactions or occurrences that took place within the Northern District should not be included in an amended complaint. On March 6, 2006, plaintiff requested clarification of that advice.

        While the court is cognizant plaintiff is without counsel and so the court must give plaintiff the benefit of every doubt, the court does not act as legal adviser. The February 24, 2006, order speaks for itself.

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's March 6, 2006, request
2 is denied.
3 DATED: March 16, 2006.

                                        UNITED STATES MAGISTRATE JUDGE

11 \004;\jack0800.dny clarif