IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON, Jr.,

    Plaintiff,                    No. CIV S-05-0800 LKK PAN P

vs.

TERESA A. SCHWARTZ, et al.,

    Defendants.               ORDER

        Plaintiff has filed a request for an extension of time to file an amended complaint pursuant to the court's order of February 24, 2006. Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's March 24, 2006, request for an extension of time is granted; and

        2. Plaintiff is granted 30 days from the date of this order to file an amended complaint.

DATED: April 6, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

/mp/004/jack0800.36