1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FRED LEON JACKSON, JR.,

11          Plaintiff,                        No. CIV S-05-0800 LKK EFB P

12      vs.

13   TERESA S. SCHWARTZ, et al,

14          Defendants.                  FINDINGS AND RECOMMENDATIONS

15   _____/

16        Plaintiff is a state prisoner proceeding without counsel in a civil rights action. *See* 42

17   U.S.C. 1983.

18        On March 20, 2007, the court dismissed plaintiff's claims against M. Veal, S. Moreno, J.

19   Bick, N. Khoury and R. Nakamoto for conspiracy to retaliate against him and all claims against

20   M. Cry, R. Piazza, T. Schwartz, Gomez, Variz and Grannis pursuant to 28 U.S.C. § 1915A, with

21   leave to amend.  The court also dismissed plaintiff's claims under the Americans with

22   Disabilities Act ("A.D.A.") with leave to amend.  The court informed plaintiff that he could

23   proceed on his cognizable claims against M. Veal, J. Bick, N. Khoury and S. Moreno by

24   submitting materials for service within 20 days, but the court would construe his election so to

25   proceed as consent to dismissal of his defective claims.

26   ////

1   On April 5, 2007, plaintiff submitted materials for service of defendants M. Veal, J. Bick,

2   N. Khoury and S. Moreno.

3   The court finds plaintiff has consented to dismissal of his A.D.A. claim and his claims

4   against defendants M. Veal, S. Moreno, J. Bick, N. Khoury and R. Nakamoto for conspiracy to

5   retaliate against him and all his claims against M. Cry, R. Piazza, T. Schwartz, Gomez, Variz and

6   Grannis without leave to amend.

7   Accordingly, it is hereby recommended that plaintiff's A.D.A. claim and his claims

8   against defendants M. Veal, S. Moreno, J. Bick, N. Khoury and R. Nakamoto for conspiracy to

9   retaliate against him and all his claims against M. Cry, R. Piazza, T. Schwartz, Gomez, Variz and

10   Grannis be dismissed without prejudice.

11   These findings and recommendations are submitted to the United States District Judge

12   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

13   after being served with these findings and recommendations, any party may file written

14   objections with the court and serve a copy on all parties.  Such a document should be captioned

15   "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

16   within the specified time may waive the right to appeal the District Court's order. *Turner v.*

17   *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

18   Dated:  April 27, 2007.

19

20   EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26