IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

      Plaintiff,                     No. CIV S-05-0800 LKK EFB P

     vs.

TERESA S. SCHWARTZ, et al.,

      Defendants.             <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 18, 2007, plaintiff requested the Clerk of the Court to enter the default of defendants Schwartz, Veal, Nakamoto, Khoury, Bick, Moreno and Piazza. As grounds, plaintiff asserts that defendants did not file an opposition to plaintiff's April 24, 2006, motion for a preliminary injunction.

      Federal Rule of Civil Procedure 55 states:

> When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default.

Thus, a party who fails to respond to a pleading which demands relief, i.e., complaint, cross-complaint or counter-complaint, *see* Fed. R. Civ. P. 7(a), will be found to be in default. Rule 55 does not require or even permit the entry of a party's default for failing to oppose any motion,

1

1  including a motion for relief pursuant to Rule 65 of the Federal Rules of Civil Procedure.

2  Accordingly, the Clerk of the Court shall not enter the default of defendants Schwartz,

3  Veal, Nakamoto, Khoury, Bick, Moreno or Piazza.

4  So ordered.

5  Dated: August 29, 2007.

6  
7  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2