IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED LEON JACKSON, JR., | No. CIV S-05-0800 LKK-EFB-P |
| Plaintiff, | |
| vs. | ORDER |
| TERESA A. SCHWARTZ, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is a motion for reconsideration of the magistrate judge's February 27, 2008 order (Doc. 78) denying an application for a continuance under Federal Rule of Civil Procedure 56(f)..

Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. The February 27, 2008 order is, therefore, affirmed.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (Doc. 80) is denied; and

1

2. Plaintiff has 30 days from the date of this order to file an opposition or statement of non-opposition to defendants' motion.

IT IS SO ORDERED.

DATED: March 17, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT