IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON

      Plaintiff,                             No. CIV S-05-0800 LKK EFB P

      vs.

TERESA A. SCHWARTZ,

      Defendants.              <u>ORDER</u>

      Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On March 31, 2008, plaintiff filed a motion requesting the court to find that defendants' counsel engaged in misconduct by breaching an enforceable settlement agreement. On May 13, 2008, the court found that there is no enforceable agreement and denied the motion. Plaintiff seeks reconsideration of that order. Defendants have not filed any opposition.

      Upon review of the record, the court finds that it is not clear whether there is an enforceable settlement agreement. Accordingly, defendants shall file a brief discussing whether counsel entered into a settlement agreement, oral or otherwise, and, if so, whether that agreement is enforceable.

      Accordingly, it is ORDERED that defendants' counsel has 15 days from the date of this order to file a brief discussing the matters mentioned above.

1 | Dated:   June 17, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT