# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA


FRED LEON JACKSON, JR.,

          Plaintiff,               No. CIV S-05-0800 LKK EFB P

   vs.

TERESA SCHWARTZ, et al.,

          Defendants.       **ORDER & WRIT OF HABEAS CORPUS**
                                  **AD TESTIFICANDUM**
_____/

        Fred Leon Jackson, Jr., inmate # K-15359, a necessary and material witness in proceedings in this case on August 15, 2008, is confined in High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California, 96127-0750, in the custody of Warden Tom Felker ; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at High Desert State Prison, August 15, 2008, at 10:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and


### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:**  Warden Tom Felker**,** High Desert State Prison, 475-750 Rice Canyon Road, P.O. Box 750, Susanville, California, 96127-0750**:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 10, 2008.


                                          LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT