UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

        Plaintiff,

  v.

TERESA A. SCHWARTZ,

        Defendant.

_____/

NO. CIV. S-05-800 LKK EFB P

O R D E R

    The court held a hearing on August 15, 2008 to determine whether a valid oral settlement agreement had been reached in this case. Mr. Christopher James Becker appeared on behalf of the state, and Mr. Fred Leon Jackson appeared via videoconference. Mr. Becker and Mr. Jackson both provided their sworn testimony at the hearing.

    Upon receipt of all the testimony and documentary evidence on file, the court concludes that a valid oral settlement agreement was in fact reached in this case.

    Accordingly, the court orders defendants to submit a report

1 within five court days regarding their plans for compliance with
2 the settlement agreement.
3      IT IS SO ORDERED.
4      DATED: August 18, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2