UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRED LEON JACKSON,

        Plaintiff,

   v.

TERESA A. SCHWARTZ,

        Defendant.

_____/

NO. CIV. S-05-800 LKK EFB P

O R D E R

The court is in receipt of defendants' response to the court's August 15, 2008 order. Defendants indicate that plaintiff will be transferred to CMF within 60 days.

Accordingly, this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: August 22, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT